**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 385 WAL 2015
                       :
           Petitioner       :
                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court
          v.              :
                       :
                       :
MICHAEL C. JOHNS,            :
                       :
           Respondent      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.